UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD KASSL, on behalf of himself and a class of similarly situated others, <br><br> Plaintiffs, <br><br> v. <br><br> BNSF and RAIL TERMINAL SERVICES, <br><br> Defendants. | § § § § § § § § § § § <br><br> Case No. 1:18-cv-04423 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Jeffrey T. Gilbert |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Richard Kassl, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses this action with prejudice, with each party to bear its own costs of court and attorney's fees. Defendant BNSF Railway Company, by the signature of its counsel below, stipulates to this dismissal.

Date: July 24, 2019.

Respectfully submitted:

By: /s/ Lisa Kane (by permission)
Lisa Kane
LISA KANE & ASSOCIATES, P.C.
141 W. Jackson Blvd, Ste 3620
Chicago, Illinois 60604
Telephone: (312) 606-0383
Attorney Code No. 06203093
Email: lisakane@sbcglobal.net

ATTORNEYS FOR PLAINTIFFS

By: /s/ Bryan P. Neal
Bryan P. Neal
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Fax: (214) 969-1751
Email: bryan.neal@tklaw.com

Martin K. LaPointe
Susan M. Troester
LAPOINTE LAW, P.C.
1200 Shermer Road
One Lane Center, Suite 425

Northbrook, Illinois 60062
Telephone: (847) 786-2500
Fax: (847) 786-2650
E-mail: mlapointe@lapointelaw.com
E-mail: stroester@lapointelaw.com

ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically through ECF on July 24, 2019, on all counsel of record:

Lisa Kane
Lisa Kane & Associates, P.C.
141 W. Jackson Blvd, Ste 3620
Chicago, Illinois 60604
lisakane@sbcglobal.net

s/Bryan P. Neal

22556530.1